UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of GHF GENERAL PARTNER LIMITED and THE GHF GROUP LIMITED for an *Ex Parte* Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782

23-MC-335 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

The Clerk of Court is directed to unseal the Court's Order, dated September 15, 2023, Granting Ex Parte Application to Conduct Discovery Pursuant to 28 U.S.C. Section 1782.

The Clerk of Court is directed to terminate ECF No. 8.

Dated: October 3, 2023
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge