# EXHIBIT 1

**From:** Daniel Bergheim <███████████████████>
**Sent:** Monday, October 2, 2023 9:44 PM
**To:** Badr Jafar <███████████>
**Subject:** COP28 meetings in New York City

*External Mail*

To whom it may concern,

As has been reported in various media channels, I can confirm that Mr Badr Jafar, an Emirati national, attended meetings in New York City between the 16th and the 23rd of September 2023, in connection with the United Nations Climate Ambition Summit, in the run up to the 28th Conference of Parties (COP28) to the UN Framework Convention on Climate Change (UNFCCC).

Mr Jafar was attending these meetings in his formal capacity as the appointed COP28 Special Representative of Business & Philanthropy and Chair of the COP28 Business & Philanthropy Climate Forum.

Please do not hesitate to contact me should you have any further questions in this regard.

Sincerely,
Daniel Bergheim

**Daniel Bergheim**
**Chief of Staff to the Permanent Representative**
**Permanent Mission of the United Arab Emirates to the United Nations**
315 E 46th St, New York, NY 10017

☎ ████████████          📱 ████████████

𝕏 @UAEMissionToUN          📷 @uaemissiontoun

🌐 www.UAEUN.org



الإمــــارات العــربية المـــتحدة
مجـــلــــس الأمـــن
2022 - 2023

UNITED ARAB EMIRATES
SECURITY COUNCIL
2022 - 2023

DISCLAIMER: The information transmitted by this email is intended only for the person or entity to which it is addressed. This email may contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers

The information contained in this communication is intended solely for the use of the individual or entity to whom it is addressed and others authorized to receive it. It may contain confidential or legally privileged information. If you are not the intended recipient you are hereby notified that any disclosure, copying, distribution or taking any action in reliance on the contents of this information is strictly prohibited and may be unlawful. If you have received this communication in error, please notify us immediately by responding to this mail and then delete it from your system. The Company is neither liable for the proper complete transmission of the information contained in this communication nor for any delay in its receipt.