UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re Application of GHF GENERAL PARTNER LIMITED and THE GHF GROUP LIMITED for an *Ex Parte* Order to Conduct Discovery for Use in Foreign Proceedings Pursuant to 28 U.S.C. § 1782 | No. 23-MC-335(JGLC) |

**DECLARATION OF RAZAN KHALIFA SHEIKH AHMED AL MUBARAK**

I, RAZAN KHALIFA SHEIKH AHMED AL MUBARAK, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I reside in, and am a citizen of, the United Arab Emirates ("**UAE**").

2. I serve as the United Nations ("**U.N.**") Climate Change High-Level Champion for the U.N.'s twenty-eighth annual Climate Change Conference ("**COP28**"). COP28 will be held in Dubai from November 30 to December 12, 2023. I also serve as President of the International Union for Conservation of Nature and am Managing Director of the Environment Agency – Abu Dhabi, a UAE government agency.

3. From September 15 to September 24, 2023, I visited New York in my capacity as U.N. Climate Change High Level Champion and as a representative of the UAE for the purpose of attending various official meetings related to the U.N. General Assembly and the U.N. Climate Ambition Summit in New York.

4. I traveled to New York with my daughters, who are one and six years old, and my husband, Badr Abdelhameed Dhia Jafar. My husband, who is the appointed COP28 UAE Special Representative for Business and Philanthropy, also traveled to New York in this capacity, for the purpose of attending official meetings related to the U.N. General Assembly and the U.N. Climate Ambition Summit.

5. During my visit to New York, I stayed along with my husband and daughters at a hotel (the "**Hotel**").

6. On Thursday, September 21, 2023, I left the Hotel at approximately 7:00 a.m. to attend meetings at the UAE Permanent Mission to the U.N.

7. After my meetings for the day had ended, my driver picked me outside the UAE Permanent Mission to the U.N. He then dropped me off on the street outside the front entrance of the Hotel. As I exited the car to enter the Hotel, I heard someone shouting out my name and then saw a man rapidly approaching me with what appeared to be a brown package. I did not know who the man was, what was in the package, or why the man was approaching me in such a frantic manner. Nor did he identify himself or say whom he was working for, why he was approaching me, or what was in the package he was carrying.

8. Because I did not know who this man was or what he was about to do, and because his manner was threatening, my immediate instinct was to seek safety. My colleagues and I always exercise caution while attending the U.N. General Assembly, as the presence of dozens of heads of state and government and other high-level officials creates the potential for security risks and, in some instances, threats or violence. I therefore did not respond to the man and rushed to the front entrance of the Hotel.

9. Once the man was close enough to me, he attempted to thrust the package he was holding into my one free hand (I was carrying a file in my other hand). After I rebuffed his attempt to force me to accept the package, he shoved it against me without explanation. Hotel personnel, who appeared as taken aback as I was, stepped in and immediately ushered me into the Hotel lobby.

10. When I arrived back at my hotel room, I explained to my husband what had just happened. I also learned at that time that my husband had experienced a similar series of alarming

-3-

incidents with unnamed individuals outside of our hotel. In particular, he told me that, on the morning of Thursday, September 21, 2023, an unknown man had accosted him with a similar package while he was holding our one-year-old daughter in his arms. I also learned from our six-year-old daughter, who witnessed that incident from the lobby, that she was distraught from what she had seen and was afraid to leave the hotel.

11. On the same evening I received a number of messages from my driver to inform me that the same suspicious looking person that accosted me earlier that day was waiting near the entrance of the Hotel for many hours well into the night.

12. Out of fear for the safety of our ourselves and, in particular, our children, my husband and I had no choice but to hire security for the remainder of our trip to New York.

-4-

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 6th day October 2023

_____
Razan Khalifa Sheikh Ahmed Al Mubarak