# Exhibit B

Sun 17-09-2023 09:51 AM

## Abdullah bin Zayed to lead UAE delegation to 78th UN General Assembly in New York



NEW YORK, 17th September, 2023 (WAM) -- H.H. Sheikh Abdullah bin Zayed Al Nahyan, Minister of Foreign Affairs, will lead the United Arab Emirates' delegation to the 78th Session of the United Nations General Assembly (UNGA78) in New York from 18th to 26th September 2023.

H.H. Sheikh Abdullah will present the UAE's policy priorities and vision for international peace, security, and cooperation in his 23rd September address at this year's gathering, which is expected to have more than 150 heads of state and government in attendance.

Under Sheikh Abdullah's leadership, the UAE delegation will engage with Member States, UN officials, and other stakeholders on urgent global challenges, including the need to address climate change, preventing extremism, countering threats from terrorist groups, and the empowerment of women and girls.

The UAE delegation will participate in several high-level meetings during UNGA78, related to raising climate ambition, financing for development, pandemic prevention, preparedness and response, universal health coverage, the fight against tuberculosis, and the treaty on the prohibition of nuclear weapons.

As a longstanding champion for greater action and cooperation to address the impacts of climate change, the UAE will also participate in the "Climate Ambition Summit" on 20th September. The UN-convened Summit is aimed at accelerating the transition to a climate-resilient global economy. It will serve as a key milestone ahead of COP28 in Dubai later this year.

The COP28 team, led by Dr. Sultan bin Ahmed Al Jaber, COP28 President-Designate, will lead a number of critical events and bilateral meetings to build support for ambitious outcomes at COP28 in November. The Presidency will chair two Ministerial Roundtables: one on the Global Stocktake and another on Loss and Damage. The team will also host a number of important events that will build momentum around the COP28 action agenda.

Sheikh Abdullah bin Zayed underscored the importance of the multilateral system for the UAE's vision of creating a better world for all.

He said, "Our participation in the 78th Session of the UN General Assembly will serve the UAE's diplomatic priorities, set by President His Highness Sheikh Mohamed bin Zayed Al Nahyan. Here at the UN, and especially during our term on the Security Council, our bridge-building approach and commitment to enhancing international cooperation has yielded significant accomplishments, including the historic resolution 2686 on 'Tolerance and International Peace and Security', as well as important Council decisions on Afghanistan, Lebanon, Palestine, and Yemen."

Sheikh Abdullah added, "The UAE is also proud of the progress we've helped drive on the Women, Peace, and Security agenda and addressing the nexus between climate change, and peace and security. As the world gathers at the General Assembly to confront the critical challenges we face, including extremism, terrorism, climate change, global public health, and food, energy, and water insecurity, we look forward to sharing our expertise, experience, and approach."

"This session of the UN General Assembly will take place during a critical time for the international community. Its theme of 'rebuilding trust and reigniting global solidarity' reflects the urgent need to bolster the multilateral system's ability to solve the world's most pressing issues," said Ambassador Lana Zaki Nusseibeh, UAE's Permanent Representative to the United Nations in New York. "The UAE is an established bridge-builder, and during our term on the UN Security Council, we have leveraged that experience to find common ground and encourage cooperation. We look forward to building on that track record as we engage the international community and seek to strengthen solidarity, find consensus, and work to maintain international peace and security."

In addition to its Minister of Foreign Affairs, the UAE delegation to UNGA78 includes: Dr. Anwar Gargash, Diplomatic Adviser to the UAE President; Abdul Rahman bin Mohammad bin Nasser Al Owais, Minister of Health and Prevention; Reem bint Ibrahim Al Hashimy, Minister of State for International Cooperation; Dr. Sultan bin Ahmed Al Jaber, Minister of Industry and Advanced Technology, Special Envoy for Climate Change and COP28 President-Designate; Shamma Al Mazrui, Minister of Community Development and the Youth Climate Champion for COP28; Mariam bint Mohammed Almheiri, Minister of Climate Change and the Environment; Sheikh Shakhboot bin Nahyan Al Nahyan, Minister of State; Omar bin Sultan Al Olama, Minister of State for Artificial Intelligence, Digital Economy, and Remote Work Applications; Ahmed Ali Al Sayegh, Minister of State; Khalifa Shaheen Al Marar, Minister of State; Razan Al Mubarak, President of the International Union for Conservation of Nature and the UN Climate Change High-Level Champion of the COP28 Presidency; Noura Al Suwaidi, Secretary-General of the General Women's Union; and Al Reem Abdullah Al Falasi, Secretary-General of the Supreme Council for Motherhood and Childhood.

Ahlam Almazrooi/ Khoder Nashar