## COP 28 Platform

## COP 28 Presidency website

## COP 28 Programme

### Credentials of Parties to the Convention, the Kyoto Protocol and the Paris Agreement

In accordance with rule 19 of the draft rules of procedure being applied, the credentials of representatives of Parties, as well as the names of alternate representatives and advisers, shall be submitted to the secretariat no later than 24 hours after the opening of COP 28, CMP 18 and CMA 5. Any later change in the composition of the delegation shall be communicated to the secretariat as early as possible.

The credentials must be issued by the Head of State or Government, by the Minister of Foreign Affairs or, in the case of a regional economic integration organization, by a competent authority of that organization. They should indicate the date and place where the instrument was issued, be signed by the competent authority and indicate the title of the signatory. In the case of a person acting ad interim as the Head of State or Government or as the Minister of Foreign Affairs, the title must indicate that the person is exercising such powers ad interim. In this respect, the secretariat will accept the following formulations: Acting President, Acting Prime Minister, Acting Minister of Foreign Affairs, President ad interim, Prime Minister ad interim and Minister of Foreign Affairs ad interim.

The secretariat wishes to remind Parties that, in accordance with decisions 17/CP.9, 36/CMP.1 and 2/CMA.1, only one set of credentials is necessary to cover the participation of Parties in COP 28, CMP 18 and CMA 5.

Original credentials, duly signed as indicated above and written in one of the six official languages of the United Nations, one should be deposited during COP 28, CMP 18 and CMA 5 at the Information Desk counter in the conference venue. To ensure proper handling and delivery to the repository, no other office or authority of the secretariat or the host country has been designated to receive credentials.

To acknowledge receipt of credentials, the badge of the delegate delivering the credentials will be scanned as confirmation of receipt of the document. A list of valid credentials will be posted on the UNFCCC COP 28 web page. The secretariat strongly recommends that Parties verify that their credentials have been listed on the official web page of the secretariat. In the event that they are not listed 48 hours following the deposit of credentials, the External Relations Office of the UNFCCC should be contacted. In accordance with rule 20 of the draft rules of procedure being applied, the Bureau will examine the credentials and submit its report to the COP.

Information concerning the appointment of representatives participating in the sessions that is communicated by fax, email, letter or note verbale from a ministry, embassy, permanent mission to the United Nations or other participating government office or authority or through a local United Nations office will not be considered as a credential.



## Daily Programme

