# EXHIBIT 5

# United Nations  Nations Unies

HEADQUARTERS | SIEGE | NEW YORK, NY 10017
TEL.: + 212 963 1234 EMAIL: INFO@UNGLOBALCOMPACT.ORG

29 July 2023

Mr. Badr Jafar,

It is with great pleasure that the United Nations Global Compact invites you to the *High-Level Ocean Meeting* on the occasion of the 78th session of the United Nations General Assembly in New York City. The meeting will take place on 18 September 2023 from 8:30-10:00 am at United Nations Headquarters (405 E 42nd Street, New York, NY 10017).

The United Nations Global Compact is convening heads of state, ocean industry CEOs and the finance community to determine key enablers for governments and for the private sector to deliver on sustainable ocean management and on ocean-based climate solutions. We depend on a healthy, productive and resilient ocean for food security, climate mitigation, energy production, economic livelihood and much more. The *High-Level Ocean Meeting* aims to strengthen the cooperation between Governments and the private sector to ensure the protection and sustainable use of one of the world's greatest common goods.

The High Seas Treaty marked a new chapter for global ocean action and cooperation. Meanwhile, investor appetite for blue investment is on the rise whilst businesses are recognizing the need to align their operations with the transition to a net-zero, resilient future in line with the Sustainable Development Goals. We now need Governments to call on the international community to further its commitment to sustainable ocean management. This level of leadership helps give predictability to the market and direction for reaching the 30 by 30 targets.

The *High-Level Ocean Meeting* will begin with opening remarks from heads of state and will continue with a roundtable discussion with industry CEOs and with the heads of UN organizations.


Mr. Badr Jafar
COP28 Presidency
Abu Dhabi, United Arab Emirates


UNITED NATIONS GLOBAL COMPACT
685 THIRD AVENUE, 12TH FLOOR, NEW YORK, NY 10017

Thank you very much for your consideration of this invitation.

Sincerely,

Sanda Ojiambo
Assistant Secretary-General and Executive Director
United Nations Global Compact