# EXHIBIT 6



**United Nations        Nations Unies**

HEADQUARTERS     NEW YORK, NY 10017

Office of the Special Adviser of the Secretary-General
on Climate Action and Assistant Secretary-General for
the Climate Action Team

8 September 2023

Dear Mr Jafar,

I have the honour to invite you to attend the "Credibility Matters: Net zero transition plans and regulatory support" thematic session during the Secretary-General's Climate Ambition Summit on 20 September 2023 at United Nations Headquarters in New York. The session will take place from 14:00 to 15:00 in the Economic and Social Council Chamber (ECOSOC) Chamber.

The session will be an opportunity for "first movers and doers" from businesses, financial institutions, and cities, states, and regions to demonstrate how they are delivering on their net-zero pledges by developing and implementing credible transition plans as presented in the "Integrity Matters" report commissioned by the United Nations Secretary-General. The session will also underscore how moving from voluntary pledges to mandatory rules and standards will be critical to safeguarding progress and ensuring collective action toward net zero. Representatives of financial authorities, regulators, and standard setters will set out their efforts on these issues and demonstrate how predictable norms contribute to increased ambition and action. A concept note is enclosed for your attention.

I look forward to your attendance in this thematic session "Credibility Matters: Net zero transition plans and regulatory support" as a clear demonstration of your personal leadership and commitment to solving the climate crisis and ensuring a fair and just transition to a renewable energy climate-resilient future.

Kindly confirm your attendance by 13 September 2023 by completing the form at the following link. This invitation is personal and non-transferable.

Yours Sincerely,

Selwin Hart