```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re Application of GHF General Partner         :
Limited and The GHF Group Limited for an     :
Ex Parte Order to Conduct Discovery for Use   :      23-MC-335 (JGLC) (RWL)
In Foreign Proceedings Pursuant to                  :
28 U.S.C. 1782                                              :      **ORDER**
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court has been assessing Jafar's motion to quash and currently has determined as follows: (1) a traverse hearing should be held to determine validity of service; (2) the deposition subpoena is not enforceable; and (3) discretionary factors warrant enforcement of the document subpoena but only with respect to the first request; requests 2 through 7 should be stricken. The Court has not yet made a determination as to immunity. Accordingly, the parties shall meet and confer and by November 13, 2023 shall file a joint letter indicating either that (1) the parties have agreed upon a resolution mooting the need for the Court to determine the immunity issue, or (2) the parties have not so agreed, thus requiring determination of the immunity issue.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 6, 2023
        New York, New York

Copies transmitted this date to all counsel of record.

1