```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re Application of GHF General Partner  :
Limited and The GHF Group Limited for an  :
Ex Parte Order to Conduct Discovery for Use  :   23-MC-335 (JGLC) (RWL)
In Foreign Proceedings Pursuant to  :
28 U.S.C. 1782  :   **ORDER**
------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On October 6, 2023, Petitioner Badr Jafar moved, by Dkt. 19, to quash the subpoenas previously approved pursuant to 28 U.S.C. § 1782 (*see* Dkt. 15).  By letter dated November 20, 2023, applicant GHF Parties have withdrawn the subpoenas (*see* Dkt. 53).  Accordingly, Petitioner's motion to quash is denied as moot.

The Clerk of Court is respectfully directed to terminate the motion at Dkt. 19 and re-close the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 21, 2023
       New York, New York

Copies transmitted this date to all counsel of record.

1